# Order

Michigan Supreme Court
Lansing, Michigan

March 29, 2011

Robert P. Young, Jr.,
Chief Justice

141666

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

WILLIAM LUBANSKI,
          Plaintiff-Appellant,

v

                                      SC: 141666
                                        COA: 291106
                                        Macomb CC: 2007-001197-NH

NLC, INC., d/b/a LENCO, DETROIT
AUTOBODY EQUIPMENT, INC., CEBOTECH,
INC., and TECNA, S.P.A.,
          Defendants-Appellees.

_____/

     On order of the Court, the application for leave to appeal the July 20, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2011

0321

                                  Clerk